UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:18-CR-128-FL

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER |
| JASON CLIFTON WHITNEY | |

On motion of the Defendant, Jason Clifton Whitney, and for good cause shown, it is hereby ORDERED that the Motion at Docket Entry #37 be sealed until further notice by this Court, except that copies may be provided to the Assistant United States Attorney and Counsel for the Defendant.

IT IS SO ORDERED.

This 20th day of May, 2019.

LOUISE W. FLANAGAN
United States District Judge